

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RJN
F#.2011R00633

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

February 23, 2012

**VIA MAIL AND ECF**

Joyce David, Esq.
16 Court Street, Suite 2504
Brooklyn, NY 11241

John Rapawy, Esq.
Law Office of Louis Grandelli
90 Broad Street, 15th Floor
New York, NY 10004

Gerald Shargel, Esq.
Law Office of Gerald Shargel
570 Lexington Avenue, 48th Floor
New York, NY 10022

Michael Rosen, Esq.
c/o James Froccaro, Esq.
20 Vanderventer Avenue
Suite 103W
Port Washington, NY 11050

Timothy Parlotore, Esq.
260 Madison Avenue, 22nd Floor
New York, NY 10016

James Froccaro, Esq.
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050

> Re: United States v. <u>Afrim Kupa, et al</u>.
>      <u>Criminal Docket No. 11-345 (S-2)(SLT)</u>

Dear Counsel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following discovery with respect to the above-referenced case.  The government also renews its request for reciprocal discovery.

    The following materials are available at First Choice Copy.  You may obtain a copy of these materials by contacting Joe Meisner at (718) 381-1480 x212, or jmeisner@nyc.rr.com.  Please reference print order number **60121**.

1. <u>Documents and Other Tangible Objects</u>

| DX # | Description |
|---|---|
| 27 | Photographs of items seized from 30-75 Veterans Road West, Staten Island, New York on 1.30.2012 |
| 28 | Shipping receipts |
| 29 | Laboratory Reports |
| 30 | Affidavit in Support of a Search Warrant for Levine's cell phones |
| 31 | Affidavit in Support of Search Warrant for Papraniku's cell phones |
| 32 | Address book seized pursuant to Joseph Sclafani's arrest on May 2, 2009 |
| 33 | Redacted report containing statements of defendant Sclafani |

2. <u>Consensual Recordings</u>

The following recording was made by a cooperating witness ("CW1") in August 2011. This recording supplements the recordings provided on September 29, 2011 and November 23, 2011.

| DX # | Description | Defendant(s) |
|---|---|---|
| 34 | Consensual recording made on 8/3/11 | Sclafani |

In addition, a recording made by a cooperating witness ("CW2") of L. Kupa will be provided under separate cover.[1]

---

[1] Because of the possibility that this recording, which was made after the indictment of A. Kupa, Levine, Lombardo and Sclafani, could contain information regarding the charges pending against A. Kupa and his co-defendants, the government instituted firewall procedures to ensure that the prosecutors and agents involved in the investigation and prosecution of this matter do not review any portion of the recording pertaining to the indicted defendants' trial or litigation strategy.

      If you have any further question or request, please do not hesitate to contact me.  The government will supplement this letter as appropriate.

                                  Very truly yours,

                                  LORETTA E. LYNCH
                                United States Attorney

                    By:        s/_____
                                Rachel J. Nash
                                Assistant United States Attorney
                                (718) 254-6072

Enclosures

CC:  Clerk of Court (SLT) (w/o enclosures)