

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RJN
F#.2011R00633

*271 Cadman Plaza East*

*Brooklyn, New York 11201*

March 9, 2012

**VIA MAIL AND ECF**

Joyce David, Esq.
16 Court Street, Suite 2504
Brooklyn, NY 11241

John Rapawy, Esq.
Law Office of Louis Grandelli
90 Broad Street, 15th Floor
New York, NY 10004

Gerald Shargel, Esq.
Law Office of Gerald Shargel
570 Lexington Avenue, 48th Floor
New York, NY 10022

Michael Rosen, Esq.
c/o James Froccaro, Esq.
20 Vanderventer Avenue
Suite 103W
Port Washington, NY 11050

Timothy Parlotore, Esq.
260 Madison Avenue, 22nd Floor
New York, NY 10016

James Froccaro, Esq.
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050

      Re: United States v. Afrim Kupa, et al.
           Criminal Docket No. 11-345 (S-2)(SLT)

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following discovery with respect to the above-referenced case. The government also renews its request for reciprocal discovery.

      The following materials will be available shortly at First Choice Copy. You may obtain a copy of these materials by contacting Joe Meisner at (718) 381-1480 x212, or jmeisner@nyc.rr.com. Please reference print order number **60133**.

1.  Documents and Other Tangible Objects

| DX # | Description |
|---|---|
| 36 | Records relating to cell phones recovered on May 2, 2009 |

      If you have any further questions or requests, please do not hesitate to contact me. The government will supplement this letter as appropriate.

                Very truly yours,

                LORETTA E. LYNCH
                United States Attorney

By:      s/
                Rachel J. Nash
                Assistant United States Attorney
                (718) 254-6072

Enclosures

CC: Clerk of Court (SLT) (w/o enclosures)