

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

EAG:RTP
F.# 2011R00633

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

May 31, 2012

**VIA MAIL AND ECF**

Gerald McMahon, Esq.
Law Office of Gerald J. McMahon
26 Broadway
18th Floor
New York, NY 10004
(212) 797-1877

John Rapawy, Esq.
Law Office of Louis Grandelli
90 Broad Street, 15th Floor
New York, NY 10004

Gerald Shargel, Esq.
Law Office of Gerald Shargel
1790 Broadway, Suite 1501
New York, NY 10019

Michael Rosen, Esq.
c/o James Froccaro, Esq.
20 Vanderventer Avenue
Suite 103W
Port Washington, NY 11050

Timothy Parlotore, Esq.
260 Madison Avenue, 22nd Floor
New York, NY 10016

Vincent J. Martinelli, Esq.
2040 Victory Boulevard
Staten Island, NY 10314

James Froccaro, Esq.
20 Vanderventer Avenue
Suite 103W
Port Washington, NY 11050

John Doyle Pappalardo, Esq.
Pappalardo & Pappalardo
700 White Plains Road
Suite 35
Scarsdale, NY 10583

Edward V. Sapone, Esq.
Law Offices of Edward V. Sapone
40 Fulton Street, 23rd Floor
New York, NY 10038

       Re:  United States v. Afrim Kupa, et al.
            Criminal Docket No. 11-345 (S-3)(SLT)

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following discovery with respect to the above-referenced case. The government also renews its request for reciprocal discovery.

      The following materials will be available shortly at First Choice Copy. You may obtain a copy of these materials by contacting Joe Meisner at (718) 381-1480 x212, or jmeisner@nyc.rr.com. Please reference print order number **80006**.

| DX # | Description |
| --- | --- |
| 45 | Surveillance video for July 9, 2011 |
| 46 | Latent Print Examination Report |

      If you have any further questions or requests, please do not hesitate to contact me. The government will supplement this letter as appropriate.

      Very truly yours,

      LORETTA E. LYNCH
      United States Attorney

By:     s/
      Rachel J. Nash
      Robert T. Polemeni
      Assistant United States Attorneys
      (718) 254-6072/6044

cc: Clerk of Court (SLT)